UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

                                      :

ANDRES ESTEVEZ, ALEJANDRO GOMEZ,
AND RAMIRO HERNANDEZ,            :

                      Plaintiffs,      :        15cv3255

                -against-        :        <u>ORDER</u>

                                        :

1051 MORRIS PARK PIZZA CORP. d/b/a
EMILIO'S GOURMET PIZZA & PASTA, and  :
RICARDO DINARDO, as Chief Executive
Officer, jointly and severally,        :

                    Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

WILLIAM H. PAULEY III, District Judge:

        Plaintiffs Andres Estevez, Alejandro Gomez, and Ramiro Hernandez filed this

Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL") action against 1051

Morris Park Pizza Corp. d/b/a Emilio's Gourmet Pizza & Pasta, and Riccardo Dinardo

(collectively, "Defendants").  Having reviewed the parties' settlement agreement (ECF No. 38),

this Court finds the terms of the parties settlement to be fair and reasonable.  See <u>Cheeks v.

Freeport Pancake House, Inc.</u>, 796 F.3d 199 (2d Cir. 2015).

The Clerk of Court is directed to terminate all pending motions and mark this case as closed.

Dated: March 22, 2016
      New York, New York

                          SO ORDERED:

                          WILLIAM H. PAULEY III
                                U.S.D.J

*All Counsel of Record via ECF.*